SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LAURA L. CHAPMAN, Cal. Bar No. 167249
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        lchapman@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DEEPALI BRAHMBHATT, Cal. Bar No. 255646
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815-2600
Facsimile:    650-815-2601
Email: dbrahmbhatt@sheppardmullin.com

STEVEN B. KELBER (*admitted pro hac vice*)
ALCHEMY-PARTNERS, PC
5885 Trinity Parkway, Suite 370
Centreville, VA  20120
Main T:       703.988.6370
Facsimile:    703-543-0710
Mobil:        240.506.6702
Email:        Steve@Alchemy-Partners.com

Attorneys for Plaintiff ECONUGENICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECONUGENICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> XY WELLNESS, LLC., YANTAI ANDRE PECTIN CO., LTD., DAVID GUINTHER AND GEOVANNI ESPINOSA <br><br> Defendant. | Case No. 13-cv-04104 – SI <br> *Before: Honorable Susan Illston, Judge* <br><br> **STIPULATED MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** <br><br> **Local Rule 16** <br><br> Hearing Not Required |

CASE NO. 13-CV-04104-SI

SMRH:418167845.1   STIPULATED MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE

1  Plaintiff Econugenics, Inc. ("Plaintiff") and Defendants XY Wellness, LLC, David
2  Guinther and Geovanni Espinosa ("Defendants"), though their respective undersigned attorneys of
3  record, hereby move and stipulate to continue the Case Management Conference ("CMC") from
4  March 14, 2014 for a period of at least 60 days pursuant to Local Rule 16 on the following
5  grounds:
6  Plaintiff previously reached a settlement with Defendant Yantai Andre Pectin Co., Ltd.,
7  which has been dismissed with prejudice from this action.
8  On Wednesday, February 26, 2014, Plaintiff sent a settlement proposal to counsel for the
9  (remaining) Defendants.
10 Defendants are currently reviewing the settlement proposal and intend to provide a
11 substantive and good faith response to it.
12 Based on the current procedural posture of this matter, the parties do not anticipate that
13 discovery will be necessary to complete settlement discussions.
14 Further, the parties believe that they can complete settlement discussions without engaging
15 in ADR with an appointed neutral.  The parties seek relief from participation in a formal ADR
16 process at this time.
17 Counsel for all parties have conferred and agree to request a 60 day extension of the CMC
18 in order to attempt to reach, document and perform a settlement of the action while saving judicial
19 resources and time and expense of the parties.
20 The parties propose the following revised case management schedule:  Initial Case
21 Management Conference to be continued to 5/16/2014 at 02:30 p.m. or as soon thereafter as the
22 Court may determine.
23 All parties have consented to the filing of this stipulated motion.
24 IT IS SO STIPULATED:
25
26
27
28

Dated:  March 3, 2014                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

                               By          /s/ Laura L. Chapman
                                          LAURA L. CHAPMAN
                                       DEEPALI A. BRAHMBHATT
                                 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                          Attorneys for Plaintiff
                                           ECONUGENICS, INC.


Dated:  March 3, 2014                    ALCHEMY-PARTNERS,  PC

                               By           /s/Steven B. Kelber
                                           STEVEN B. KELBER

                                          Attorneys for Plaintiff
                                           ECONUGENICS, INC.


                                         VENEBLE LLP

Dated: March 3, 2014

                               By          /s/ Thomas Wallerstein
                                          THOMAS WALLERSTEIN
                                          Attorney for Defendants
                                  XY WELLNESS, LLC., DAVID GUINTHER AND
                                          GEOVANNI ESPINOSA


PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference currently scheduled for March 14, 2014 shall be continued to   May 23   , 2014.

Dated:  3/4/14

_____
United States District Court Judge