SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
LAURA L. CHAPMAN, Cal. Bar No. 167249
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:     415.434.9100
Facsimile:     415.434.3947
Email:         lchapman@sheppardmullin.com

STEVEN B. KELBER (*admitted pro hac vice*)
ALCHEMY-PARTNERS, PC
5885 Trinity Parkway, Suite 370
Centreville, VA  20120
Main T:        703.988.6370
Facsimile:     703-543-0710
Mobil:         240.506.6702
Email:         Steve@Alchemy-Partners.com

Attorneys for Plaintiff ECONUGENICS, INC.

THOMAS EDWARD WALLERSTEIN
VENABLE LLP
One Market Street
Spear Tower, 40th Floor, Suite 4025
San Francisco, CA 84195
Telephone      310.229.0440
Email:         TWallerstein@Venable.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ECONUGENICS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>XY WELLNESS, LLC., YANTAI ANDRE PECTIN CO., LTD., DAVID GUINTHER AND GEOVANNI ESPINOSA<br><br>            Defendant. | Case No. 13-cv-04104 – SI<br>*Before:  Honorable  Susan Illston, Judge*<br><br>**[PROPOSED] ORDER RE: STIPULATION PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii) TO DISMISS DEFENDANTS, WITH PREJUDICE**<br><br>Complaint Filed:  September 4, 2013 |

SMRH:423858791.1

CASE NO. 13-CV-04104-SI

[PROPOSED] ORDER

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

The claims of Plaintiff Econugenics, Inc.. against Defendants XY Wellness, LLC, David Guinther and Geovanni Espinosa. are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

5/20/14

Honorable Susan Illston
United States District Judge
Northern District of California